**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

---

JIEJUN SHEN,

      Petitioner,

v.

SCOTT LADWIG, *Acting Field Office Director of Enforcement and Removal Operations, New Orleans Field Office, Immigration and Customs Enforcement*, KRISTI NOEM, *Secretary, U.S. Department of Homeland Security*, US DEPARTMENT OF HOMELAND SECURITY, PAMELA BONDI, *U.S. Attorney General*, EXECUTIVE OFFICE OF IMMIGRATION REVIEW, and TODD LYONS, *Senior Official Performing the Duties of the Director, Richwood Correctional Center*,

      Respondents.

Case No. 2:26-cv-02067-MSN-tmp

---

**ORDER TRANSFERRING CASE**

---

The undersigned Court requests that this case be reassigned to the Honorable Thomas L. Parker.  Accordingly, the Clerk is **DIRECTED** to reassign this case to United States District Judge Thomas L. Parker.

**IT IS SO ORDERED**, this 6th day of February, 2026.

                             *s/ Mark S. Norris*
                             MARK S. NORRIS
                             UNITED STATES DISTRICT JUDGE