## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | | |
|---|---|---|
| JIEJUN SHEN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | No. 2:26-cv-02607-TLP-tmp |
| v. | ) | |
| | ) | |
| SCOTT LADWIG, Acting Field Office | ) | |
| Director of Enforcement and Removal | ) | |
| Operations, New Orleans Field Office, | ) | |
| Immigration and Customs Enforcement, et | ) | |
| al., | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER DIRECTING RESPONDENTS TO SHOW CAUSE
## AND DIRECTING CLERK TO MODIFY DOCKET

Petitioner Jiejun Shen, a noncitizen detained in the West Tennessee Detention Facility in Mason, Tennessee, petitioned for a writ of habeas corpus under 28 U.S.C. § 2241.  (ECF No. 1.)[1]

The Court respectfully **DIRECTS** the Clerk to serve a copy of the § 2241 Petition and this Order on Respondents by certified mail and provide a copy of the § 2241 Petition and this Order to the United States Attorney for the Western District of Tennessee.  The Clerk shall also serve the United States Attorney for the Western District of Tennessee electronically at the following email address: stuart.canale@usdoj.gov.  Under Federal Rule of Civil Procedure 4(i), the Clerk shall send copies of the § 2241 Petition and this Order by certified mail to U.S. Attorney General Pamela Bondi.

---

[1] Although the Petition indicates that Petitioner is being held at the Richwood Correctional Center in Richwood, Louisiana, Petitioner's Counsel informed the Court that she is currently being held at the West Tennessee Detention Facility in Mason.

Under the Court's authority under the All Writs Act, 28 U.S.C. § 1651, the Court **ORDERS** Respondents not to remove Petitioner from the Western District of Tennessee while the § 2241 Petition is pending.  *See A.A.R.P. v. Trump*, 145 S. Ct. 1364, 1369 (2025).

Given the issues raised in the § 2241 Petition, the Court **ORDERS** Respondents to show cause in writing on or before close of business on Monday, February 10, 2026, why the § 2241 Petition should not be granted.  *See* 28 U.S.C. § 2243.  Respondents shall include in the return a thorough discussion of all facts and law relevant to the § 2241 Petition.

And the Court **ORDERS** Petitioner to file a reply on or before the close of business on Friday, February 13, 2026.  If Petitioner asserts that there are issues of fact necessary to be addressed at a hearing, Petitioner shall inform Respondents of those issues in the reply.

If necessary, the Court will set a hearing by separate order.  *See* 28 U.S.C. § 2243.

**SO ORDERED**, this 6th day of February, 2026.

s/
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE