**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

|                                                                                                                                                                  |     |                        |
| ---------------------------------------------------------------------------------------------------------------------------------------------------------------- | --- | ---------------------- |
| JIEJUN SHEN,                                                                                                                                                      | )   |                        |
|                                                                                                                                                                  | )   |                        |
| Petitioner,                                                                                                                                                       | )   |                        |
|                                                                                                                                                                  | )   | No. 2:26-cv-02067-TLP-tmp |
| v.                                                                                                                                                                | )   |                        |
|                                                                                                                                                                  | )   |                        |
| SCOTT LADWIG, Acting Field Office Director of Enforcement and Removal Operations, New Orleans Field Office, Immigration and Customs Enforcement, et al.,          | )   |                        |
|                                                                                                                                                                  | )   |                        |
| Respondents.                                                                                                                                                     | )   |                        |

**ORDER DISMISSING CASE AS MOOT**

Petitioner Jiejun Shen, a noncitizen detained in the West Tennessee Detention Facility in Mason, Tennessee, petitioned for a writ of habeas corpus under 28 U.S.C. § 2241.  (ECF No. 1.) The government notified that Court that it has deported Petitioner.  (ECF No. 16.)  Given that Petitioner is no longer in the custody of the Department of Homeland Security, the Court **DISMISSES** her Petition as moot.  *Enazeh v. Davis*, 107 Fed. Appx. 489 (6th Cir. 2004) (finding a § 2241 petition for release from detention pending removal moot once the United States had deported petitioner).  The Court also **DENIES** Respondents' Motion to Dismiss as moot.

**SO ORDERED**, this 2nd day of April, 2026.

s/Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE

1